■

**COM.**

v.

**ADAMS, Q.**

**2409 EDA 2015**

Superior Court of Pennsylvania.

05/17/2017

CP–51–CR–0003721–2015 (Philadelphia)

Affirmed

■

**COM.**

v.

**CULBREATH, L.**

**3505 EDA 2015**

Superior Court of Pennsylvania.

05/17/2017

CP–51–CR–0008249–2014 (Philadelphia)

Affirmed

■

**COM.**

v.

**SMITH, S.**

**3702 EDA 2015**

Superior Court of Pennsylvania.

05/17/2017

CP–51–CR–0013743–2013 (Philadelphia)

Affirmed

■

**COM.**

v.

**GREENBLOTT, A.**

**251 EDA 2016**

Superior Court of Pennsylvania.

05/17/2017

Reargument Denied 7/19/2017

CP–45–CR–0002880–2013 (Monroe)

Affirmed

■

**COM.**

v.

**FLOYD, T.**

**403 EDA 2016**

Superior Court of Pennsylvania.

05/17/2017

CP–51–CR–0012517–2014 (Philadelphia)

Affirmed

